UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Align Technology, Inc | § | |
| | § | |
| *versus* | § | Civil Action 4:11−cv−00695 |
| | § | |
| ClearCorrect, Inc., et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on March 2, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge