IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION NO. H-11-695 |
| | § | |
| CLEARCORRECT, INC., *et al..* | § | |
| | § | |
| Defendants. | § | |

### ORDER

IT IS HEREBY ORDERED that Defendant's Motion to Reinstate and Consolidate, or Alternatively, Reassign **(Instrument No. 21)** is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ____ day of June, 2010, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**