IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., § § § Plaintiff § § vs. § § CLEARCORRECT, INC., § CLEARCORRECT OPERATING, LLC, § and CLEARCORRECT HOLDINGS, LLC § § Defendants. | Case No. 4:11-cv-00695 JURY DEMANDED |

## [PROPOSED] ORDER

The Court has considered Defendants' Motion To Stay and it is hereby GRANTED. All proceedings in this action are stayed until the determinations of the International Trade Commission become final. The Parties are to notify this Court within ten days after that date.

SIGNED this 10th day of May, 2012.

_____
Hon. Vanessa Gilmore
UNITED STATES DISTRICT JUDGE