UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-695 |
| | § | |
| CLEARCORRECT, INC. CLEARCORRECT OPERATING, LLC, *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER

The parties are **ORDERED** to file a status report to the Court on or before **February 6, 2015.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 23rd day of January, 2015, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**