United States District Court
Southern District of Texas
**ENTERED**
July 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:11-CV-695 |
| CLEARCORRECT, INC., *et al*, | § § § § | |
| Defendants. | | |

### ORDER

The parties are **ORDERED** to file a Status Report on or before **February 1, 2017.**

SIGNED at Houston, Texas, this 1st day of July, 2016.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE