Case 4:11-cv-00695   Document 122   Filed in TXSD on 01/04/17   Page 1 of 1
Case 4:11-cv-00695   Document 119-1   Filed in TXSD on 10/27/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., § § § Plaintiff § § vs. § § CLEARCORRECT, INC., § CLEARCORRECT OPERATING, LLC, § and CLEARCORRECT HOLDINGS, LLC § Defendants. | | Case No. 4:11-cv-00695 JURY DEMANDED |

PROPOSED ORDER GRANTING
PLAINTIFF'S MOTION TO LIFT STAY

Before this Court is Plaintiff's Motion to Lift Stay. Having considered the Motion, the Court GRANTS the Motion. The case is now on the active docket and a status conference is set for January 20, 2017 at 1:30 P.M.

Signed this 4th day of January, 2017

HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

599241.1