United States District Court
Southern District of Texas
**ENTERED**
June 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., § § Plaintiff, § § v. § § CLEARCORRECT, INC., § CLEARCORRECT OPERATING, LLC, § and CLEARCORRECT HOLDINGS, LLC, § § Defendants. § | CASE NO. 4:11-CV-00695 |

### O R D E R

Pending before the Court is Plaintiff Align Technology, Inc. ("Plaintiff")'s Motion to Dismiss ClearCorrect's Inequitable Conduct Counterclaim and Strike the Third Affirmative Defense. **(Instrument No. 148)**.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED in part** and **DENIED in part. (Instrument No. 148)**. Defendant ClearCorrect, Inc. ("Defendant")'s Fourth Amended Answer and Counterclaims plead inequitable conduct with sufficient particularity for the prosecution of the '874 patent but not for the '325, '880, '893, and '548 patents. *See* (Instrument No. 146); *see also Exergen Corp. v. Wal-Mart Stores, Inc.*, 575 F.3d 1312, 1330 (Fed. Cir. 2009). Accordingly, Defendant's counterclaims of inequitable conduct for the '325, '880, '893, and '548 patents are **DISMISSED with prejudice.**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 20th day of June, 2017.

**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**