United States District Court
Southern District of Texas
**ENTERED**
July 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:11-CV-695 |
| § § | |
| CLEARCORRECT, INC., *et al*, § § § | |
| Defendants. § | |

ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment **(Instrument No. 187)** is **DENIED without prejudice to re-urging**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ____5th____ day of July, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**