United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC, § § Plaintiff, § VS. § CLEARCORRECT, INC., *et al*, § § Defendants. § § § § | CIVIL ACTION NO. 4:11-CV-695 |

## ORDER

The Court is in receipt of the parties' whiny letters. What is wrong with you parties/lawyers? Just **STOP IT!**

1) Align may produce a supplemental expert report by December 17, 2018. If the report is substantially different and does more than update the financials, the expert must appear at the courthouse for a supplemental deposition on December 27, 2018.

2) ClearCorrect must provide the Court with proof that all 167 individuals added were previously disclosed in discovery by December 13, 2018. If any of the three new witnesses will be testifying at trial, they must be produced for deposition before December 14, 2018.

3) A new 30(b)(6) deposition of Defendants' witness addressing any supplemental financials must be completed by December 21, 2018. If ClearCorrect still needs to complete a 30(b)(6) deposition of Plaintiff's witness, that deposition may take place on or before December 21, 2018.

There will be no extension granted on the motion deadline - **DON'T ASK**.

This is my oldest and least favorite case. Please stop trying to become my least favorite lawyers.

**HAPPY HOLIDAYS!**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the \_\_12th\_\_ day of December, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**