UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>CLEARCORRECT, INC.,<br>CLEARCORRECT OPERATING, LLC,<br>and CLEARCORRECT HOLDINGS, LLC<br><br>　　　Defendants. | Civil Action No. 4:11-cv-00695-VDG<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF PERSONS INCLUDED IN CLEARCORRECT'S
INITIAL DISCLOSURES PREVIOUSLY IDENTIFIED IN DISCOVERY

Pursuant to the Court's Order [Dkt. No. 237] on December 12, 2018, below is a list of persons added to Defendants'[1] First Amended Initial Disclosures and a description of where these persons were previously identified during discovery.

| Name | Disclosure During Discovery |
|---|---|
| Edward Hlousek | Witness deposed in Align[2] v. CC on 11/30/2017 |
| Paul Dinh | Witness deposed in ITC on 8/2/2012 (337-TA-562); Witness deposed in ITC on 12/7/2012 (337-TA-562 & 337-TA-833); Witness deposed in ITC on 2/26/2015 (337-TA-562); CC's response to 3rd Set, ROG[3] 21, 22 (2/17/2017); CC's response to 5th Set, ROG 33, 36, 39 (7/5/2017); CC's response to 8th Set, ROG 45 (9/18/2017); Align's response to 4th Set, ROG 17, ROG 20 (10/5/2017) |
| Robert Marsa | CC's response to 1st Set, ROG 4 (2/17/2017) |
| John J. Shimmick | CC's response to 3rd Set, ROG 25, 26 (10/31/2011); CC's response to 3rd Set, ROG 25, 26 (2/17/2017) |

---

[1] ClearCorrect, Inc., ClearCorrect Operating, LLC and ClearCorrect Holdings, LLC (collectively "CC," "ClearCorrect," or "Defendants").
[2] Align Technology Inc. ("Align" or "Plaintiff").
[3] Interrogatory ("ROG").

**NOTICE OF PERSONS IN INITIAL DISCLOSURES IDENTIFIED IN DISCOVERY** – Page 1

| | |
|---|---|
| Bao Tran | Witness deposed in ITC on 10/18/2012 (337-TA-833); CC's response to 3rd Set, ROG 25, 26, 27 (10/31/2011); CC's response to 3rd Set, ROG 25, 26, 27 (2/17/2017) |
| Anne M. Rogaski | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| Daniel J. Furniss | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| John E. Lord | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| Susan S. Moon | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| Susan M. Spaeth | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| Heidi J. Kim | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| Jon V. Swenson | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| Gary H. Ritchey | CC's response to 3rd Set, ROG 28, 29 (10/31/2011); CC's response to 3rd Set, ROG 28, 29 (2/17/2017) |
| Marc S. Lemchen | Prior art - U.S. Patent No. 5,011,405 (on re-exam, RE.35,169) to Lemchen ("Lemchen") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN009189 |
| John J. Wilson | CC's response to 5th Set, ROG 33, 36 (7/5/2017); CC's response to 6th Set, ROG 42 (8/29/2017) |
| Michael Desmond Snow | Prior art - U.S. Patent No. 6,068,482 to Snow ("Snow") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0001606 |
| Peter C. Kesling | Prior art patent as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0002619 |
| William "Bill" Becker | Witness deposed in Align v. CC on 11/29/2018; CC's response to 6th Set, ROG 42 (8/29/2017) |
| Michael Rosato | CC's response to 5th Set, ROG 33, 36 (7/5/2017); CC's response to 6th Set, ROG 42 (8/29/2017) |
| Sameh M. Yamany | Prior art - Hemayed, et. al. "Three Dimensional Model Building in Computer Vision with Orthodontic Applications," TR-CVIP 96, Nov. 1996 ("Hemayed") as referenced in Defendants' Invalidity Contentions dated 9/15/2017 |
| Rodney G. Strickland, Jr. | Align's response to 4th Set, ROG 21 (10/5/2017); Align's response to 4th Set, ROG 21 (10/31/2017) |
| Dan Ellis | Align's response to 4th Set, ROG 21 (10/31/2017) |
| Gerard P. Abbatte | Prior art - U.S. Patent No. 4,856,991 to Breads et al. ("Breads") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0000252 |

**NOTICE OF PERSONS IN INITIAL DISCLOSURES IDENTIFIED IN DISCOVERY – Page 2**

| | |
|---|---|
| Stephen P. Warunek | Prior art - U.S. Patent No. 4,856,991 to Breads et al. ("Breads") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0000252 |
| Elsayed E. Hemayed | Prior art - Hemayed, et. al. "Three Dimensional Model Building in Computer Vision with Orthodontic Applications," TR-CVIP 96, Nov. 1996 ("Hemayed") as referenced in Defendants' Invalidity Contentions dated 9/15/2017 |
| Aly A. Farag | Prior art - Hemayed, et. al. "Three Dimensional Model Building in Computer Vision with Orthodontic Applications," TR-CVIP 96, Nov. 1996 ("Hemayed") as referenced in Defendants' Invalidity Contentions dated 9/15/2017 |
| Takayunki Kuroda | Prior art - U.S. Patent No. 5,605,459 to Kuroda et al. ("Kuroda") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0000275 |
| Nobuyoshi Motohashi | Prior art - U.S. Patent No. 5,605,459 to Kuroda et al. ("Kuroda") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0000275 |
| Mutshushi Muramoto | Prior art - U.S. Patent No. 5,605,459 to Kuroda et al. ("Kuroda") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0000275 |
| Henry I. Nahoum | Prior art - Nahoum, H. I. (Nov. 1964). "The vacuum formed dental contour appliance," The New York State Dental Journal 30(9) 385-390 ("Nahoum") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0001446 |
| Chuang-Jy Wu | Prior art - U.S. Patent No. 5,338,198 to Wu et al. ("Wu") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0000261 |
| Christopher L. B. Lavelle | Prior art - Prior art - U.S. Patent No. 5,338,198 to Wu et al. ("Wu") as referenced in Defendants' Invalidity Contentions dated 9/15/2017; Align's production ALGN0000261 |
| Craig Bergez | Witness deposed in ITC on 9/14/2012 (337-TA-562) |
| Carmen Cheang | Witness deposed in ITC on 8/16/2012 (337-TA-562) |
| Elizabeth Coffman | Witness deposed in Align v. CC on 10/30/2018 |
| Eric Guenterberg | Witness deposed in ITC on 7/18/2012 (337-TA-2880) |
| Leonard Marvin Hedge, III | Witness deposed in ITC on 8/22/2006 (337-TA-562); Witness deposed in ITC on 9/5/2012 (337-TA-562) |
| Carl Jonard | Witness deposed in Align v. CC on 10/30/2018 |
| Dr. Chung How Kau | Witness deposed in Align v. CC on 10/22/2018; CC's non-infringement expert |
| Eric Kuo | Witness deposed in ITC on 9/4/2012 (337-TA-562) |
| Frank Liu | Witness deposed in ITC on 10/17/2012 (337-TA-562 & 337-TA-833) |

**NOTICE OF PERSONS IN INITIAL DISCLOSURES IDENTIFIED IN DISCOVERY – Page 3**

| | |
|---|---|
| Dr. James Mah | Witness deposed in ITC on 9/27/2012 (337-TA-562); Witness deposed in Align v. CC on 11/12/2018; CC's invalidity expert |
| Scott William Meggs | Witness deposed in ITC on 8/30/2012 (337-TA-562); Align's ROG verifications |
| Dr. Maureen Valley | Witness deposed in Align v. CC on 2/13/2018; Witness deposed in ITC on 11/30/2012 (337-TA-833); Align's infringement and validity expert; CC's response to 5th Set, ROG 34, 38 (7/5/2017) |
| Roman Wrosz | Witness deposed in ITC on 9/19/2012 (337-TA-562) |
| Mitra Derakhshan | Witness deposed in Align v. CC on 11/6/2018 |
| Armando Enriquez | Align v. CC Notice of Deposition dated 10/16/2018 |
| Chris Bakewell | Align v. CC Notice of Deposition; Align's damages expert |
| Alan Ratliff | Align v. CC Notice of Deposition; CC's damages expert |
| Mark Frappier | Align's source code expert |
| Allison Rountree | Align v. CC Notice of Deposition dated 11/15/2018 |
| Dr. Nadeem Arif | Witness deposed in ITC on 7/4/2006 (337-TA-562); Witness deposed in ITC on 10/19/2012 (337-TA-562 & 337-TA-833); CC's response to 3rd Set, ROG 13, 14 (2/17/2017); Align's response to 6th Set, ROG 29 (11/28/2018) |
| Dr. Waqas Wahab | Witness deposed in ITC on 7/7/2006 (337-TA-562); Witness deposed in ITC on 10/14/2012 (337-TA-562 & 337-TA-833); CC's response to 3rd Set, ROG 13, 14 (2/17/2017); Align's response to 6th Set, ROG 29 (11/28/2018) |
| Mudassar Ahmad Rathore | Witness deposed in ITC on 6/30/2006 (337-TA-562); Witness deposed in ITC on 10/11/2012 (337-TA-562 & 337-TA-833); Witness deposed in ITC on 10/12/2012 (337-TA-562 & 337-TA-833); CC's response to 3rd Set, ROG 13, 14 (2/17/2017); CC's response to 4th Set, ROG 31 (3/3/2017); Align's response to 6th Set, ROG 29 (11/28/2018) |
| Muhammad Atif | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Dr. Asim Waheed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Imran Ishtiaq | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Naveed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Abdur Rehman | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Sikander | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Salman | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Aazam Rafique | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Awais Jahangir | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Adnan Khalid | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Hassan Raza | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Khalid Mahmood | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Afzal Khan | CC's response to 3rd Set, ROG 13 (2/17/2017) |

| | |
|---|---|
| Muhammad Sohaif | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Kashif Rafique | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Armughan Ali | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Shahzad Hanif | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Zahid Riaz | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Imran Jameel | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Aamir | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Usman Shahid | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Hassan Karamat | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Adnan Ajmal | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Zeeshan Zafar Iqbal | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Nasir | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Faisal Ameen | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Imtiaz Anwar | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Mian Naeem | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Syed Abbas Raza | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Waqas Ahmed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Farhan Usman | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Aamer Javed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Luqman ud Din | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Khurram Shehzad | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Sarfraz Ahmad | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Imran Butt | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Shehzad Mehmood | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Waseem Ahmed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Ali Babar | CC's response to 3rd Set, ROG 13 (2/17/2017) |

| | |
|---|---|
| Saad Waqas | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Nazir Sultan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Farhan Ali | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Qamar Hassan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Ejaz | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Irfan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Kashif | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Abdul Hassan Khan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Gulzaib Khan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Irfan ul Haq Farooqi | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Saeed Anwar | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Hassan Kaleem | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Omer Javed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Asif Muneer Chaudhry | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Kashif Saleemi | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Kamran Yousaf | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Tajammul Wajid | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Riaz | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Atif Kiyyani | Witness deposed in ITC on 10/12/2012; CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Fahad Ashraf | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Hafiz Moeen Ahmad Khan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Anwar Javed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Ameen | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Akram | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Waqar | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Usman Arif | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Arshad | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Aftab Ahmed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Shahid Aslam | CC's response to 3rd Set, ROG 13 (2/17/2017) |

| | |
|---|---|
| Ihtesham ul Haq | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Mohsinn Mehmood | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Rehan Qureshi | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Tariq Latif | Witness deposed in ITC on 10/13/2012; CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Javed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Badar ud Din Khan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Asadullah | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Amjad Aziz | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Zubair | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Zahid Iqbal | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Athar Ayub | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Mudassar | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Junaid Ejaz | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Adnan Ramzan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Ahsan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Basharat Hameed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Kamran Hameed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Imran | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Amir Arif | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Awais | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Shumail Arujumand | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Imtiaz Hussain | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Zeeshan Usman | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Syed Azeem Ui Hassan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Mirza Muhammad Kafeel | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Shabbir Ahmad | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Bashir Shah | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Ibrar | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Abdul Ghaffar | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Ijaz Ahmed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Rashid | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Muhammad Waqas | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Shehzad Anthony | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Anwar Subhani | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Nadir Kamran | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Usman Kamal Pasha | CC's response to 3rd Set, ROG 13 (2/17/2017) |

| Haroon Javed | CC's response to 3rd Set, ROG 13 (2/17/2017) |
|---|---|
| Ghulam Murtaza | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Pervaiz Inayat | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Amjad Sultan | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Ahmad Qasim | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Faisal Haroon Farooqi | CC's response to 3rd Set, ROG 13 (2/17/2017) |
| Ahmad Ammar | CC's response to 3rd Set, ROG 13 (2/17/2017) |

Respectfully submitted,

/s/ *Joseph Alan Callier*
Joseph Alan Callier
Texas State Bar No. 03663500
Callier Law Group PLLC
4900 Woodway Ste. 700
Houston, TX 77056
Tel: (713) 439-0248
Email:  callier@callierlawgrouppllc.com

Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane (Admitted Pro Hac Vice)
Texas Bar No. 24060713
Jeffrey R. Roeser
Texas Bar No. 24089377
Kyle Randall Akin
Texas Bar No. 24105422
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com
Email:  rroeser@haltomdoan.com
Email:  kakin@haltomdoan.com

        McClanahan • Myers • Espey, L.L.P.

        Randy J. McClanahan
        Texas State Bar No. 13391500
        Michael D. Myers
        Texas State Bar No. 00791331
        Robert H. Espey, II
        Texas State Bar No. 24007163
        6750 West Loop South, Suite 920
        Houston, TX 77401
        Tel: (713) 223-2005

        **ATTORNEYS FOR DEFENDANTS**
        **CLEARCORRECT OPERATING, LLC;**
        **CLEARCORRECT HOLDINGS, LLC;**
        **CLEARCORRECT, INC.**

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically in compliance with Civil Rules LR5. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 13th day of December, 2018.

        /s/ *Joseph Alan Callier*
        Joseph Alan Callier