United States District Court
Southern District of Texas

**ENTERED**
March 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., § <br> § <br> Plaintiff § <br> § <br> vs. § <br> § <br> CLEARCORRECT, INC., CLEARCORRECT § <br> OPERATING, LLC, and CLEARCORRECT § <br> HOLDINGS, LLC, § <br> § <br> Defendants. § | Case No. 4:11-cv-00695 <br><br> JURY DEMANDED |

**ORDER DENYING CLEARCORRECT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT UNDER 35 U.S.C. § 271(a)**

Before the Court is ClearCorrect's Motion for Partial Summary Judgment of Non-Infringement (*and #247*) Under 35 U.S.C. § 271(a). Having considered the arguments of the parties, the Motion is hereby **DENIED**.

IT IS SO ORDERED. Signed March 26, 2019

_____
United States District Judge