Case 4:11-cv-00695 Document 343-1 Filed on 03/28/19 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Case No. 4:11-cv-00695 |
| | § | |
| CLEARCORRECT, INC., CLEARCORRECT | § | JURY DEMANDED |
| OPERATING, LLC, and CLEARCORRECT | § | |
| HOLDINGS, LLC | § | |
| | § | |
| Defendants. | | |

## FINAL JUDGMENT

On this day, Plaintiff Align Technology, Inc. ("Align") and Defendants Clearcorrect, Inc., Clearcorrect Operating, LLC, and Clearcorrect Holdings, LLC (collectively, "Clearcorrect") announced to the Court that they have settled their respective claims and counterclaims in this case and moved the Court to dismiss with prejudice all their claims and counterclaims asserted against each other.

This Court, having considered these requests, is of the opinion that their joint request for dismissal with prejudice should be GRANTED.

Therefore, the Court hereby DISMISSES the case with prejudice.

Each party will bear their own attorneys' fees, costs of court, and expenses. This Court shall retain jurisdiction to enforce the settlement agreement between the parties.

This is a final judgment.

IT IS SO ORDERED.

Dated: March 28, 2019

_____
Honorable Vanessa Gilmore
United States District Judge